UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATALYA PRACH, IVAN KRIGER, ANDREY SAMOLOVOV, ANATOLIY TSIRIBKO and JOSEPH ESPOSITO,<br>　　　　Plaintiff-Intervenors,<br><br>vs.<br><br>BOWEN PROPERTY MANAGEMENT, JOHN BALLAS, and KERREY LEMONS,<br>　　　　Defendants. | CASE NO. CV-03-250-EFS<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict: This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.**

IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs  pursuant to a Jury Verdict returned on March 23, 2007 as follows:

the plaintiff NATALYA PRACH recover of the defendant KERREY LEMONS as agent of Bowen Property Management, the sum of $3001.00, and her costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961;  that she recover of the defendant JOHN BALLAS as agent of Bowen Property Management, the sum of $2001.00, and her costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961; and that she recover of the defendant BOWEN PROPERTY MANAGEMENT the sum of $24,998.00, and her costs of action, both with  interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961.

the plaintiff IVAN KRIGER/JOSEPH ESPOSITO recover of the defendant KERREY LEMONS as agent of Bowen Property Management, the sum of $1.00 and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961;  that he recover of the defendant JOHN BALLAS as agent of Bowen Property Management, the sum of $1.00, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961;  and that he recover of the defendant BOWEN PROPERTY MANAGEMENT the sum of $79,998.00, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961.

the plaintiff ANDREY SAMOLOVOV recover of the defendant KERREY LEMONS as agent of Bowen Property Management, the sum of $1.00, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961;  that he recover of the defendant JOHN BALLAS as agent of Bowen Property Management, the sum of $1.00, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961;  and that he recover of the defendant BOWEN PROPERTY MANAGEMENT the sum of $4,998.00, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961.

the plaintiff ANATOLIY TSIRIBKO recover of the defendant KERREY LEMONS as agent of Bowen Property Management, the sum of $1.00, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961;  that he recover of the defendant JOHN BALLAS as agent of Bowen Property Management, the sum of $1.00, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961;  and that he recover of the defendant BOWEN PROPERTY MANAGEMENT the sum of  $4,998.00, and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C.§ 1961.

| March 28, 2007 | JAMES R. LARSEN |
|---|---|
| Date | Clerk |
| | |
| | s/Debbie Brasel |
| | (By) Deputy Clerk |
| | Debbie Brasel |