AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

USA

v.

Bowen Property Mgmt., et al

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-03-250-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED in favor of Plaintiff's Kriger, Samalovov and Tsiribko and against Defendant's in the amount of $25,000.00 for Mr. Grimes' attorney fees, plus costs.

10/12/07
*Date*

JAMES R. LARSEN
*Clerk*

s/ Vikki Johnson
*(By) Deputy Clerk*

Vikki Johnson