AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

NATALYA PRACH, IVAN KRIGER,
ANDREY SAMOLOVOV, ANATOLIY
TSIRIBKO AND JOSEPH
ESPOSITO, as TRUSTEE FOR
IVAN KRIGER,    Plaintiffs,
v.

BOWEN PROPERTY MANAGEMENT,
L.P., JOHN BALLAS, and KERRY
LEMONS,    Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 03-CV-250-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

a. Plaintiff NATALYA PRACH shall recover from Defendant KERREY LEMONS the sum of $3001.00 and her costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C. § 1961;

b. Plaintiff IVAN KRIGER/JOSEPH ESPOSITO shall recover from Defendant KERREY LEMONS the sum of $1.00 and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C. § 1961;

c. Plaintiff ANDREY SAMOLOVOV shall recover from Defendant KERREY LEMONS the sum of $1.00 and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C. § 1961;

d. Plaintiff ANATOLIY TSIRIBKO shall recover from Defendant KERREY LEMONS the sum of $1.00 and his costs of action, both with interest at the rate of 4.93% as provided by 28 U.S.C. § 1961; and

e. Plaintiffs Kriger, Samolovov, and Tsiribko shall recover from Defendant KERRY LEMONS $12,500.00 for Mr. Grimes' attorney fees, plus costs.

| April 2, 2009 | JAMES R. LARSEN |
|---|---|
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |